UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ELBERT DAWKINS, on behalf of himself
and all others similarly situated

                           Civil Action No:
                           1:22-cv-2470

                      Plaintiff,

-v.-

PILLPACK, LLC,

                      Defendants.

---------------------------------------------------------x

## **NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 3, 2022                                               Respectfully Submitted,

*Kiyo A. Matsumoto*

                                                                     /s/Mark Rozenberg
                                                                   Mark Rozenberg, Esq.
So ordered October 3, 2022.                       **Stein Saks, PLLC**
                                                                     One University Plaza
                                                                     Hackensack, NJ 07601
                                                                     mrozenberg@steinsakslegal.com
                                                                     Tel. 201-282-6500
                                                                     Fax 201-282-6501
                                                                     *Attorneys for Plaintiff*